IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| Anthony Craig Garner, | ) |
| Plaintiff, | ) Case No. 3:13-cv-96 |
| -vs- | ) **ORDER ADOPTING REPORT AND** |
| | ) **RECOMMENDATION** |
| Adam O'Brien, Donald Walter Kern, Jr., Cherie L. Clark, Paul David McKeever, Michael Bernier, and Sara Gunther, | ) |
| Defendants. | ) |

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Plaintiff's complaint be dismissed with prejudice, and his motion for a preliminary injunction be denied (Doc. #23). Plaintiff has not filed an objection or any other response with the Court.

The Court has reviewed the Report and Recommendation along with the entire file, and finds the Magistrate Judge's recommendations are appropriate. Accordingly, the Court hereby adopts the Report and Recommendation in its entirety. For the reasons set forth therein, Plaintiff's complaint (Doc. #5) is **DISMISSED** with prejudice, and his motion for a preliminary injunction (Doc. #16) is **DENIED**.

**IT IS SO ORDERED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 11th day of April, 2014.

*/s/ Ralph R. Erickson*
Ralph R. Erickson, Chief Judge
United States District Court